BOWDER, Respondent, v. JENSEN, et al, Appellants.

(244 N. W. 267.)

(File No. 7410. Opinion filed September 16, 1932.)

W. C. Peterson, of Huron, for Appellants.

T. H. Luby, of Huron, for Respondent.

PER CURIAM. In the above case certified copy of notice of appeal and notice of settlement of record were filed in this court on March 21, 1932. No further steps have been taken in the matter in this court and no brief has been filed in behalf of appellants.

The appeal is therefore deemed abandoned, and the order appealed from is affirmed.

All the Judges concur.